# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

FRANCIS DEFAY, JR,

    Plaintiff,

v.

INTERNATIONAL MOST PRESTIGE
LIMOUSINES & SEDAN VAN SERVICES INC,
MARCKENZY JOSEPH, and
RONALDO JOSEPH,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

To:    Defendant:    International Most Prestige Limousines & Sedan Van Services Inc
    Registered Agent:    Marckenzy Joseph
    2006 SW 95th Terrace
    Miramar, Florida 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
    *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

FRANCIS DEFAY, JR,

    Plaintiff,

v.

INTERNATIONAL MOST PRESTIGE
LIMOUSINES & SEDAN VAN SERVICES INC,
MARCKENZY JOSEPH, and
RONALDO JOSEPH,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Marckenzy Joseph
    2006 SW 95th Terrace
    Miramar, Florida 33025

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

FRANCIS DEFAY, JR,

    Plaintiff,

v.

INTERNATIONAL MOST PRESTIGE
LIMOUSINES & SEDAN VAN SERVICES INC,
MARCKENZY JOSEPH, and
RONALDO JOSEPH,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Ronaldo Joseph
    2006 SW 95th Terrace
    Miramar, Florida 33025

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*