**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-61347-CIV-SMITH**

FRANCIS DEFAY, JR.,

     Plaintiff,

v.

INTERNATIONAL MOST PRESTIGE
LIMOUSINES & SEDAN VAN SERVICES INC.,
*Et al.*,

     Defendants.

_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

     This matter is before the Court upon Magistrate Judge Patrick M. Hunt's Report and Recommendation [DE 39] on Defendant's Motion for Summary Judgment [DE 29], and Defendants' objections [DE 40]. In his thorough and well-reasoned Report and Recommendation, Magistrate Judge Hunt recommends that Defendant's Motion for Summary Judgment, [DE 29], be **DENIED**.

     The Court has considered the Report and Recommendation, Defendants' objections, and conducted a de novo review. Accordingly, it is

     **ORDERED** that:

1. Judge Patrick M. Hunt's Report and Recommendation [DE 39] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

2. Defendants' objections [DE 40] are **OVERRULED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 7th day of July, 2026.

cc:    counsel of record

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**